# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1730
LT Case No. 16-2021-CF-003198-A

_____

EDWIN GARCIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Edwin Garcia, Moore Haven, pro se.

No Appearance for Appellee.

December 4, 2025

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____